FILED
SEP 22 2010
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Angela Maxwell,<br><br>　　　Plaintiff,<br><br>v.<br><br>Regional Adjustment Bureau, Inc.,<br><br>　　　Defendant. | Case No.:<br><br>**1:10-cv-1198 RLY-DML**<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around July 21, 2010, Defendant's employee ("Murphy") telephoned Plaintiff's sister ("Amanda") in connection with the collection of the debt.

6. During this communication, Murphy stated that he was calling to collect a debt from Plaintiff and asked Amanda to give Plaintiff a message that Defendant had called for her.

7. At the time of this communication, Defendant already had Plaintiff's location information.

8. Defendant caused Plaintiff embarrassment and emotional distress.

9. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

10. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

11. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

## JURY DEMAND

12. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

13. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: _____
Timothy J. Sostrin
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
tjs@legalhelpers.com
Attorneys for Plaintiff