UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANGELA MAXWELL                    )
    Plaintiff,                          )
                            )        CASE NO. 1:10-CV-1198 RLY-DML
    v.                                       )
                            )
REGIONAL ADJUSTMENT           )
BUREAU, INC.,                          )
    Defendant.                          

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Angela Maxwell, by counsel, and Defendant, Regional Adjustment Bureau, Inc., by counsel, jointly stipulate and move this Court to dismiss this cause of action with prejudice.

MACEY & ALEMAN, P.C.

By      /s/ Timothy J. Sostrin
        Attorneys for Plaintiff

MACEY & ALEMAN, P.C.
233 South Wacker Drive, Suite 5150
Chicago, IL  60606
tjs@legalhelpers.com

KIGHTLINGER & GRAY, LLP

/s/ Peter A. Velde
Attorneys for Defendant

KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 N. Delaware Street
Indianapolis, IN  46204
pvelde@k-glaw.com

101276 / 1218161-1