UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA MAXWELL )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>REGIONAL ADJUSTMENT )<br>BUREAU, INC., )<br>    Defendant. ) | CASE NO. 1:10-CV-1198 RLY-DML |

## ORDER OF DISMISSAL

Plaintiff, Angela Maxwell, by counsel and Defendant, Regional Adjustment Bureau, Inc., by counsel, having filed with this Court their Joint Motion to Dismiss, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 03/01/2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timothy J. Sostrin  tjs@legalhelpers.com
Peter A. Velde  pvelde@k-glaw.com

101276 / 1218171-1